# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130291

MARSHALENE VICKS,
      Plaintiff-Appellee,

v

DAIMLERCHRYSLER CORPORATION,
      Defendant-Appellant.

SC: 130291
COA: 263789
WCAC: 04-000300

_____/

On order of the Court, the application for leave to appeal the November 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J., would deny leave to appeal but continues to adhere to her concurring statement in *Donoho v Wal-Mart Stores, Inc*, 474 Mich 1057 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

t0320